| AO-10 (WP)<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Nomination Report | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br>Van Bokkelen, Joseph S. | 2. Court or Organization<br>U.S. District Court/NDIN | 3. Date of Report<br>01/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge Nominee | 5. Report Type (check appropriate type)<br>___ Nomination, Date 1/9/2007 ___<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/06 to 12/31/06 |
| 7. Chambers or Office Address<br>U.S. Attorney's Office<br>5400 Federal Plaza, Ste. 1500<br>Hammond, IN 46320 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| President | Stony Lake Property Owners Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 2001 | Goodman, Ball, Van Bokkelen & Leonard (former law firm which is no longer active - 25% of my receivables) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 2005 | Goodman, Ball, Van Bokkelen & Leonard (former law firm - law firm is no longer active - represents 25% interest in receivables) | $ 1,005 |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 2005 | Westminster Presbyterian Church (Salary) | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| | NONE (No reportable liabilities.) | | |
| 1 | Shelby State Bank | Vacation Cottage | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Amt. Code 1 (A-H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Progress Energy | A | Div | J | T | Exempt | | | | |
| 2 General Electric | A | Div | J | T | | | | | |
| 3 Bell South | A | Div | J | T | | | | | |
| 4 BP Amoco | A | Div | K | T | | | | | |
| 5 Exxon/Mobil | A | Div | K | T | | | | | |
| 6 Verizon | A | Div | J | T | | | | | |
| 7 Franklin Dynatech Fund | A | Div | K | T | | | | | |
| 8 MFS Emerging Growth A | A | Div | K | T | | | | | |
| 9 MFS Research Fund | A | Div | K | T | | | | | |
| 10 Janus Worldwide Fund | A | Div | K | T | | | | | |
| 11 AT&T | A | Div | J | T | | | | | |
| 12 Merrill-Lynch Retirement Plus | | | | | | | | | |
| 13 AIM Cap Appreciation | A | Div | J | T | | | | | |
| 14 - AIM VI Core Equity | A | Div | J | T | | | | | |
| 15 - Alliance Bernstein LG Cap Growth | A | Div | J | T | | | | | |
| 16 - Black Rock S&P 500 Index VI | A | Div | J | T | | | | | |
| 17 - Roszel/Alliance CCM CAP APP | A | Div | J | T | | | | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Van Bokkelen, Joseph S. | 1-10-07 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 | (4) Gain Code 1 | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  Fidelity Funds (spouse) Community | | | | | | | | | |
| 19  Hospital Retirement Account | | | | | | | | | |
| 20  - Contra Growth | A | DIV | J | T | · | | | | |
| 21  - Growth and Income | A | DIV | J | T | | | | | |
| 22  - Fidelity Fund (spouse) Presbyterian Church | | | | | | | | | |
| 23  - Equity Income | A | DIV | J | T | | | | | |
| 24  - U.S. Bond Index | A | DIV | J | T | | | | | |
| 25  AXA Equitable (spouse IRA) | | | | | | | | | |
| 26  - EQ/Equity 500 Index | A | DIV | J | T | | | | | |
| 27  AG Edwards (spouse IRA) | | | | | | | | | |
| 28  - Centennial Money Market | A | Interest | J | T | | | | | |
| 29  - MFS Emerging Growth Class A | A | DIV | K | T | | | | | |
| 30  - MFS Emerging Growth Class B | A | DIV | J | T | | | | | |
| 31  - MFS Global Equity Fund Class A | A | DIV | K | T | | | | | |
| 32  - Small Cap World Fund Class A | A | DIV | K | T | | | | | |
| 33  AXA Equitable/IRA | | | | | | | | | |
| 34  - Marsico Focus | A | DIV | L | T | | | | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Van Bokkelen, Joseph S. |
| Date of Report | 1-10-07 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | Gross Value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month/Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 - Alliance Bernstein Value | A | DIV | L | T | | | | | |
| 36 - JP Morgan Core Bond | A | DIV | K | T | | | | | |
| 37 - Alliance Bernstein Growth & Income | A | DIV | L | T | | | | | |
| 38 - Alliance Bernstein Qty Bond | A | DIV | K | T | | | | | |
| 39 - Equity 500 Index | A | DIV | L | T | | | | | |
| 40 MFS Investments IRA | | | | | | | | | |
| 41 - MFS Growth Opportunities Fund A | A | DIV | K | T | | | | | |
| 42 - MFS Mid Cap Growth Fund A | A | DIV | K | T | | | | | |
| 43 - MFS Strategic Growth Fund A | A | DIV | J | T | | | | | |
| 44 - MFS Mew Discovery Fund A | A | DIV | K | T | | | | | |
| 45 Fidelity Fund | | | | | | | | | |
| 46 - Cash Reserves | B | DIV | K | T | | | | | |
| 47 | | | | | | | | | |
| 48 Centier Bank | A | INT | J | T | | | | | |
| 49 Community Trust | A | INT | J | T | | | | | |
| 50 Peoples Bank | A | INT | J | T | | | | | |
| 51 Vincent I | A | RENT | J | T | | | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Van Bokkelen, Joseph S. | 1-10-07 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Amount Code 1 (A-H) | Type (e.g. div, rent or int) | C. Value Code 2 (J-P) | Value Method Code (Q-W) | D. Type (e.g. buy, sell, redemption) | Date Month Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Joseph S. Van Bokkelen | 1-10-07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __1/13/07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 20 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 202 | 100 | Notes payable to relatives | | | |
| Unlisted securities–add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 220 | 000 |
| Real estate owned-add schedule | | 875 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 20 | 000 | | | | |
| Cash value-life insurance | | 32 | 400 | | | | |
| Other assets itemize: | | | | | | | |
| Retirement accounts | | 716 | 000 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 220 | 000 |
| | | | | Net Worth | 1 | 645 | 500 |
| Total Assets | 1 | 865 | 500 | Total liabilities and net worth | 1 | 865 | 500 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |